**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 00-6243

———————————

GEORGE ALLEN WARD,

                              Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA,

                              Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-99-1897-AM)

———————————

Submitted:  June 15, 2000            Decided:  June 22, 2000

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

George Allen Ward, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Allen Ward seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record, the district court's opinion, and Ward's informal appellate brief. Because Ward failed to challenge in his informal brief the district court's findings that his § 2254 petition was time-barred and that he failed to exhaust state court remedies, he has not preserved any issue for our review. See 4th Cir. R. 34(b). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Ward v. Virginia, No. CA-99-1897-AM (E.D. Va. Jan. 19, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on January 18, 2000, the district court's record shows that it was entered on the docket sheet on January 19, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).